**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Glenn BOLE, Defendant–Appellant.**

No. 10–10329
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 8, 2010.

Ramona C. Albin, Mary Anne Gallagher, Joseph Paul Montminy, Joyce White Vance, Assistant U.S. Attorney, Birmingham, AL, for Plaintiff–Appellee.

Jason Carl Neff, Sims & Neff, LLC, Tuscaloosa, AL, for Defendant–Appellant.

Before TJOFLAT, HULL and MARTIN, Circuit Judges.

PER CURIAM:

James L. O'Kelley, appointed counsel for Michael Glenn Bole, filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bole's revocation of supervised release and sentence are **AFFIRMED.**